### Eugene Gehm, Appellee, v. Chicago & Northwestern Railroad Company, Appellant.

#### Gen. No. 14,133.

This was an action in trover for the wrongful conversion of a car-load of flour. No questions of law were determined. The only comment of the court which might be of importance is the following: "The evidence in the record affords abundant basis, in our opinion, for the inference that Gardner was authorized by appellant to issue bills of lading for shipments of property from Frankfort over appellant's railroad. Appellant adopted and acted upon his acts, and this constitutes sufficient proof of his agency."

Trover. Appeal from the Circuit Court of Cook county; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1907. Affirmed. Opinion filed October 6, 1908.

SAMUEL A. LYNDE and STUART G. SHEPARD, for appellant.

BARNARD J. BAUMER, for appellee.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.